Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-454-622**

**Effective Date of Registration:**
April 16, 2025
**Registration Decision Date:**
July 29, 2025

---

## Title

**Title of Work:**  Mother Sauces

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** March 17, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:**  Yee San Loh
  **Author Created:**  2-D artwork
  **Citizen of:**  Malaysia

## Copyright Claimant

**Copyright Claimant:**  Yee San Loh
2631 General Taylor Street, New Orleans, LA, 70115, United States

## Rights and Permissions

**Name:**  Yee San Loh
**Email:**  yeesanloh@icloud.com
**Address:**  2631 General Taylor Street
New Orleans, LA 70115 United States

## Certification

**Name:**  David Denholm
**Date:**  April 16, 2025
**Applicant's Tracking Number:**  YL2025041611



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

# VA 2-454-369

**Effective Date of Registration:**
April 16, 2025
**Registration Decision Date:**
July 28, 2025

---

## Title
_____

| | |
|---|---|
| **Title of Work:** | Chile Peppers (Legacy 2020) |

## Completion/Publication
_____

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | August 26, 2020 |
| **Nation of 1st Publication:** | United States |

## Author
_____

| | |
|---|---|
| • **Author:** | Yee San Loh |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Malaysia |

## Copyright Claimant
_____

| | |
|---|---|
| **Copyright Claimant:** | Yee San Loh |
| | 2631 General Taylor Street, New Orleans, LA, 70115, United States |

## Rights and Permissions
_____

| | |
|---|---|
| **Name:** | Yee San Loh |
| **Email:** | yeesanloh@icloud.com |
| **Address:** | 2631 General Taylor Street |
| | New Orleans, LA 70115 United States |

## Certification
_____

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 16, 2025 |
| **Applicant's Tracking Number:** | YL2025041605 |

Page 1 of 2



# Certificate of Registration

 

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-454-368

**Effective Date of Registration:**
April 16, 2025
**Registration Decision Date:**
July 28, 2025

---

## Title
 

**Title of Work:** Winter Squash

## Completion/Publication
 

**Year of Completion:** 2023
**Date of 1st Publication:** October 19, 2023
**Nation of 1st Publication:** United States

## Author
 

- **Author:** Yee San Loh
  **Author Created:** 2-D artwork
  **Citizen of:** Malaysia

## Copyright Claimant
 

**Copyright Claimant:** Yee San Loh
2631 General Taylor Street, New Orleans, LA, 70115, United States

## Rights and Permissions
 

**Name:** Yee San Loh
**Email:** yeesanloh@icloud.com
**Address:** 2631 General Taylor Street
New Orleans, LA 70115 United States

## Certification
 

**Name:** David Denholm
**Date:** April 16, 2025
**Applicant's Tracking Number:** YL2025041619



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-454-624

**Effective Date of Registration:**
April 16, 2025
**Registration Decision Date:**
July 29, 2025

---

## Title
           **Title of Work:**   Brassica Oleracea

## Completion/Publication
         **Year of Completion:**   2020
     **Date of 1st Publication:**   February 12, 2020
   **Nation of 1st Publication:**   United States

## Author
       •     **Author:**   Yee San Loh
     **Author Created:**   2-D artwork
       **Citizen of:**   Malaysia

## Copyright Claimant
   **Copyright Claimant:**   Yee San Loh
               2631 General Taylor Street, New Orleans, LA, 70115, United States

## Rights and Permissions
              **Name:**   Yee San Loh
             **Email:**   yeesanloh@icloud.com
         **Address:**   2631 General Taylor Street
                 New Orleans, LA 70115 United States

## Certification
              **Name:**   David Denholm
              **Date:**   April 16, 2025
 **Applicant's Tracking Number:**   YL2025041604



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-454-381

**Effective Date of Registration:**
April 16, 2025
**Registration Decision Date:**
July 28, 2025

---

## Title
              **Title of Work:** Nigiri Sushi

## Completion/Publication
      **Year of Completion:** 2020
    **Date of 1st Publication:** October 02, 2020
  **Nation of 1st Publication:** United States

## Author
          • **Author:** Yee San Loh
    **Author Created:** 2-D artwork
        **Citizen of:** Malaysia

## Copyright Claimant
  **Copyright Claimant:** Yee San Loh
2631 General Taylor Street, New Orleans, LA, 70115, United States

## Rights and Permissions
          **Name:** Yee San Loh
         **Email:** yeesanloh@icloud.com
     **Address:** 2631 General Taylor Street
New Orleans, LA 70115 United States

## Certification
          **Name:** David Denholm
           **Date:** April 16, 2025
**Applicant's Tracking Number:** YL2025041613



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-454-380

**Effective Date of Registration:**
April 16, 2025
**Registration Decision Date:**
July 28, 2025

---

## Title

**Title of Work:** Soups

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** July 31, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Yee San Loh
  **Author Created:** 2-D artwork
  **Citizen of:** Malaysia

## Copyright Claimant

**Copyright Claimant:** Yee San Loh
2631 General Taylor Street, New Orleans, LA, 70115, United States

## Rights and Permissions

**Name:** Yee San Loh
**Email:** yeesanloh@icloud.com
**Address:** 2631 General Taylor Street
New Orleans, LA 70115 United States

## Certification

**Name:** David Denholm
**Date:** April 16, 2025
**Applicant's Tracking Number:** YL2025041617

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

# VA 2-454-623

**Effective Date of Registration:**
April 16, 2025
**Registration Decision Date:**
July 29, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Coffee Drinks |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2023 |
| **Date of 1st Publication:** | May 17, 2023 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Yee San Loh |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Malaysia |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Yee San Loh |
| | 2631 General Taylor Street, New Orleans, LA, 70115, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Yee San Loh |
| **Email:** | yeesanloh@icloud.com |
| **Address:** | 2631 General Taylor Street |
| | New Orleans, LA 70115 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 16, 2025 |
| **Applicant's Tracking Number:** | YL2025041607 |

Page 1 of 2

# Coffee
## DRINKS

    

**red eye**
1 oz. espresso
+ 6 oz. coffee

**black eye**
2 oz. espresso
+ 6 oz. coffee

**drip coffee**
6-8 oz. drip coffee
(+ milk &/or sugar)

**cold brew**
6-8 oz. cold
brew coffee

**nitro**
6-8 oz. nitro
cold brew coffee

    

**cafe au lait**
3 oz. french press
coffee + 3 oz.
scalded milk

**instant coffee**
1-2 tbs. instant coffee
+ 6 oz. water

**cafezinho**
1 oz. espresso
grind + 1/2 cup
hot water

**bulletproof
coffee**
1 oz. butter
+ 1 oz. coconut oil
+ 8 oz. coffee

**butter coffee**
("keto gr")
1-2 tbs. condensed
milk + 8 oz. coffee
+ 1 tbs. butter

    

**türk khavesi**
turkish coffee
brewed with sugar
+ cardamon

**spiced coffee**
moroccan coffee brewed
with cardamon + black
pepper + cinnamon +
cloves + nutmeg

**qawha**
coffee brewed with
cardamon + cloves,
add rosewater +
saffron

**cafe touba**
senegalese coffee
brewed with selim
pepper grains

**cafe de olla**
mexican coffee
brewed with
piloncillo + cinnamon
+ cloves

    

**kaffeost**
8 oz. coffee
+ bread cheese
cubes

**swedish
egg coffee**
6 oz. coffee + 1 egg
brewed together

**ca phe trung**
(vietnamese egg coffee)
4 oz. coffee topped with
egg foam (egg yolks +
condensed milk + vanilla)

**sukku kapi**
coffee brewed
with dry ginger +
jaggery

**yuanyang**
1/2 cup coffee + 1/2
cup black tea + 1/2
tbs. condensed milk

     

**frappe**
1-3 tbs.
instant coffee
+ sugar + water
+ condensed milk
+ ice (shaken)

**pharisäer
kaffee**
2-4 oz. strong
coffee + 1-1/2 oz.
jamaican rum +
3 oz. whipped cream

**irish
coffee**
2-2/3 oz. coffee
+ 1-1/3 oz. irish
whiskey + 1 oz.
fresh cream

**kopi joss**
6 oz. coffee +
sugar heated
with hot coal

**oliang**
(thai iced coffee)
6 oz. oliang coffee
+ 3 tbs. sugar &
condensed milk +
ice, topped with
milk/cream

**laotian
coffee**
2 tsp. raw sugar +
1 tsp. ovaltine + 1/4
cup condensed milk
+ 6 oz. coffee



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

# VA 2-454-367

**Effective Date of Registration:**
April 16, 2025
**Registration Decision Date:**
July 28, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Culinary Knives |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2023 |
| **Date of 1st Publication:** | September 21, 2023 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Yee San Loh |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Malaysia |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Yee San Loh |
| | 2631 General Taylor Street, New Orleans, LA, 70115, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Yee San Loh |
| **Email:** | yeesanloh@icloud.com |
| **Address:** | 2631 General Taylor Street |
| | New Orleans, LA 70115 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 16, 2025 |
| **Applicant's Tracking Number:** | YL2025041608 |



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

# VA 2-454-393

**Effective Date of Registration:**
April 16, 2025

**Registration Decision Date:**
July 28, 2025

---

## Title
_____

**Title of Work:** Mozzarella

## Completion/Publication
_____

**Year of Completion:** 2023
**Date of 1st Publication:** July 09, 2023
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Yee San Loh
  **Author Created:** 2-D artwork
  **Citizen of:** Malaysia

## Copyright Claimant
_____

**Copyright Claimant:** Yee San Loh
2631 General Taylor Street, New Orleans, LA, 70115, United States

## Rights and Permissions
_____

**Name:** Yee San Loh
**Email:** yeesanloh@icloud.com
**Address:** 2631 General Taylor Street
New Orleans, LA 70115 United States

## Certification
_____

**Name:** David Denholm
**Date:** April 16, 2025
**Applicant's Tracking Number:** YL2025041612



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-454-391

**Effective Date of Registration:**
April 16, 2025
**Registration Decision Date:**
July 28, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Milk & Cream |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Date of 1st Publication:** | August 02, 2021 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Yee San Loh |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Malaysia |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Yee San Loh |
| | 2631 General Taylor Street, New Orleans, LA, 70115, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Yee San Loh |
| **Email:** | yeesanloh@icloud.com |
| **Address:** | 2631 General Taylor Street |
| | New Orleans, LA 70115 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 16, 2025 |
| **Applicant's Tracking Number:** | YL2025041610 |

# Milk & Cream





[ 48% milk fat ]
Can be used as is, or in cooking. Can be whipped but can easily get over-whipped. This is the British version of HEAVY CREAM, but it is thicker & has a higher fat content.

**DOUBLE CREAM**

[ 36-40% milk fat ]
The richest cream available. Makes stable whipped cream with stiff peaks. Also called HEAVY WHIPPING CREAM.

[ +/- 20% milk fat ]
Heavier than HALF & HALF & cannot be whipped. Also called Single Cream, Coffee Cream or Table Cream.

[ 55-60% milk fat ]
The richest cream available. Traditionally made in Devon or Cornwall. Cannot be whipped or used in cooking (will separate). Also called Devonshire or Devon Cream.




**CLOTTED CREAM**






[ 18% milk fat ]
Created by adding culture to LIGHT CREAM causing it to thicken & "sours". Cannot be whipped.

**SOUR CREAM**

[ 30-35% milk fat ]
Can be used to make whipped cream with a lighter & more pillowy texture, but not as stable as HEAVY CREAM. Also called LIGHT or REGULAR WHIPPING CREAM.

[ 10.5-18% milk fat ]
Combination of 1 part WHOLE MILK & 1 part HEAVY CREAM. Cannot be whipped.

[ 39% milk fat ]
Treated with culture to thicken & give a tangy taste. Cannot be whipped. Stable when heated.



**CRÈME FRAÎCHE**



**BUTTER MILK**

[ +/- 3% milk fat ]
Fermented milk that is the by-product from churning butter out of cultured cream. It is tart & has a slightly bitter aftertaste.

[ 3.5% milk fat ]
Canned milk products with long, stable shelf life. EVAPORATED MILK is whole milk with 60% of its water removed. CONDENSED MILK is the same with sugar added.

**canned milk**






**WHOLE milk**

**2% milk**

**1% milk**

**SKIM milk**

[ 3.5% milk fat ]
Natural fat content. Cannot be diluted with water to make other milks with lower fat content.

[ 2% milk fat ]
Milk with fat reduced to 2%. Same amount of other nutrients as WHOLE, 1% & SKIM MILK.

[ 1% milk fat ]
Milk with fat reduced to 1%. Same amount of other nutrients as WHOLE, 2% & SKIM MILK. Also called LOW-FAT MILK.

[ < 0.5% milk fat ]
Milk with fat removed to less than 0.5%. Same amount of other nutrients as WHOLE, 2% & 1% MILK. Also called FAT-FREE milk.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

# VA 2-454-351

**Effective Date of Registration:**
April 16, 2025
**Registration Decision Date:**
July 28, 2025

## Title
_____

| | |
|---|---|
| **Title of Work:** | Cassette Tape |

## Completion/Publication
_____

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | April 12, 2019 |
| **Nation of 1st Publication:** | United States |

## Author
_____

| | |
|---|---|
| • **Author:** | Yee San Loh |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Malaysia |

## Copyright Claimant
_____

| | |
|---|---|
| **Copyright Claimant:** | Yee San Loh |
| | 2631 General Taylor Street, New Orleans, LA, 70115, United States |

## Rights and Permissions
_____

| | |
|---|---|
| **Name:** | Yee San Loh |
| **Email:** | yeesanloh@icloud.com |
| **Address:** | 2631 General Taylor Street |
| | New Orleans, LA 70115 United States |

## Certification
_____

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 16, 2025 |
| **Applicant's Tracking Number:** | YL2025041615 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-454-363

**Effective Date of Registration:**
April 16, 2025
**Registration Decision Date:**
July 28, 2025

---

## Title

**Title of Work:** Coffee Brewing Methods

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** March 25, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Yee San Loh
  **Author Created:** 2-D artwork
  **Citizen of:** Malaysia

## Copyright Claimant

**Copyright Claimant:** Yee San Loh
2631 General Taylor Street, New Orleans, LA, 70115, United States

## Rights and Permissions

**Name:** Yee San Loh
**Email:** yeesanloh@icloud.com
**Address:** 2631 General Taylor Street
New Orleans, LA 70115 United States

## Certification

**Name:** David Denholm
**Date:** April 16, 2025
**Applicant's Tracking Number:** YL2025041606

