**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

YEE SAN LOH,

    Plaintiff,                                                     Case No.: 1:26-cv-01020

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

### SCHEDULE A TO COMPLAINT

| No. | Defendants |
|---|---|
| 1 | hyynh |
| 2 | 厨卫洁具商 |
| 3 | dikuguanggaochuanmeiyouxiangongsi |
| 4 | yongchengshishenghuijianzhu |
| 5 | guangzhouyuantengjimaoyi |
| 6 | xiamenshifuyulibaihuodian |
| 7 | henanchanghuinongyeshiyeyouxian |
| 8 | anshiqijunguanggaobiaoshizhizuoy |
| 9 | suzhoushifuyuecaifangzhi |
| 10 | Tie Fa Shi Ye |
| 11 | haoggch |
| 12 | haoth |
| 13 | jiannmn |
| 14 | 杯架数显 |
| 15 | jinxiongss |
| 16 | ywyxgs |
| 17 | XianNaChuanMuC |
| 18 | tianlongbabudishibu |
| 19 | HuHeHaoTeShiLuBoYaoShangMaoYouXianZeRenGongS |
| 20 | fuyangdengmufushishangmaoyouxiangongsi |
| 21 | shaoshandian78 |
| 22 | jinchenghuashuowujin |
| 23 | 贫铭商贸 |
| 24 | fanzhixianlideshengnongyeyouxiangongsi |

| 25 | AEFWC8Q7M |
|----|-----------|
| 26 | Yin Feiiifan |
| 27 | baijiaart |
| 28 | Missing Tomorrow |
| 29 | ZZEERQQ |
| 30 | AEFXH520C |
| 31 | pingchi02302 |
| 32 | yezi66661 |
| 33 | Bao Shuili Shop |
| 34 | 休非倍 |
| 35 | hua IEJDHDNFG |
| 36 | henanhuifengyejinziyuan |
| 37 | ASDBBBFPXN |
| 38 | anyangdahengjidianshebeianzhuang |
| 39 | ChenMei46 |
| 40 | luoyanghuaqianjianzhugongcheng |
| 41 | boaixianchunlinshangmaoyouxiangongsi |
| 42 | FIYY |
| 43 | eurn |
| 44 | ShanXiJuChengKeJiYouXianGongSi |
| 45 | nantongdonggedajiudianyouxiangongsi |
| 46 | VANVASTORE |
| 47 | shopChangqing |
| 48 | linquanxianchaofanjuanlianmeny |
| 49 | tryua |
| 50 | TIANYINGXIAODIANA |
| 51 | WangYanHongHongHui |
| 52 | bozhoushiqiaochengqudongzhaohuashui |
| 53 | Lilan Shop |
| 54 | WangHaoNan0901 |
| 55 | luoyangzhadashangmaoyouxiangongsi |
| 56 | LLIANHH |
| 57 | TangYinXianZhongXinQiCheZuLinFuWu |
| 58 | linquanwanchangwangluokeji |
| 59 | FFYS |
| 60 | 金华市欧狮电子商务商行 |
| 61 | dongguanshiyitefangzhipinyouxiangongsi |
| 62 | rongjietigen |
| 63 | Shuangfeng County Zhenxian Trading Store Sole Proprietorship |
| 64 | TIN66 |
| 65 | Linyi Bangman Trading Co., Ltd |

| | |
|---|---|
| 66 | yyyiubv |
| 67 | ShengZeJianZhu |
| 68 | yaminn |
| 69 | zhshiun |
| 70 | DUNGVASTORE |
| 71 | chibotubingdianzi |
| 72 | zhiuen |
| 73 | hsunw |
| 74 | limnnn |
| 75 | jishanxianbochaojianzhugongcheng |
| 76 | tikomo |
| 77 | baofengxiantengdazhuangshigongcheng |
| 78 | LianGuangWuZiXiaoShou |
| 79 | HeFeiLeiXiangShangMaoYouXianGongSi |
| 80 | anyangningxinyuanyanglaofuwu |
| 81 | LuoZhen2025 |
| 82 | 洪宇小店 |
| 83 | Rashomon |
| 84 | moumm |
| 85 | penhan |
| 86 | xinxiangshipanpanshangmao |
| 87 | wangjiefeimaoshangwen33 |
| 88 | LFLSHOP |
| 89 | luoyangshipengwudaoluyunshu |
| 90 | xixinp |
| 91 | NanChangDuiJinFuWeiWangLuoKeJiYouXianGongSi |
| 92 | wudouxianyuanjuncizhua |
| 93 | xianzhongyuechengkejiyou |
| 94 | henanruiqihaowangluokeji |
| 95 | mengchengxianziyangjienengdengxiao |
| 96 | Dengtingshan |
| 97 | AEGWN4R07 |
| 98 | SUBIAOMG |
| 99 | QUNIDAYE |
| 100 | liyangyang poster |
| 101 | XIAOLONGQIDIAN |
| 102 | 车贤饰内店 |
| 103 | QuJingXuLiaoShangMao |
| 104 | henanshengsiyuwuyeguanliy |
| 105 | FuZhouShiJinAnQuXinDianZhenLinMengTingFuZhuangDian |
| 106 | xiaojingxiemao77 |

| | |
|---|---|
| 107 | QuJingJunQiuShangMao |
| 108 | fupengfei1991 |
| 109 | qinyuanfuzhuang |
| 110 | Weiweiwei（7-14 days Delivery） |
| 111 | Jingzhihang ART |
| 112 | huizefencaishangmaojingyingbu |
| 113 | wanyujiewangmao32 |
| 114 | XfLk2247 |
| 115 | HKL ART |
| 116 | LINDAS PICKS |
| 117 | Banana Decor |
| 118 | Mural in octave space |
| 119 | Self Esteem Poster |
| 120 | The Dragon lives |
| 121 | X Q Decorative painting monopoly |
| 122 | Dylan Chen |
| 123 | Hiroshi Poster |
| 124 | Dazzling Divair |
| 125 | bigzhang |
| 126 | ZAVTIJ |
| 127 | OWENFH |
| 128 | OY Art Canvas Painting |
| 129 | Achilles Chen |
| 130 | Affordable Home Decorative Paintings |
| 131 | YVONNEMARY |
| 132 | ZQYNKH |
| 133 | Galvin Decoration |
| 134 | ChenCrafts |
| 135 | Decorative painting zhang |
| 136 | StarDragon Fly LIMITED |
| 137 | PAEFHWR |
| 138 | SPPsrsixteen |
| 139 | Urban Tees |
| 140 | FFQGqiq |
| 141 | FFGQOVfqp |
| 142 | TM Banana |
| 143 | Serendip Shop |
| 144 | Q ART Canvas painting |
| 145 | ZH Art Decoration |
| 146 | C cqdxd |
| 147 | Indoor poster |

| | |
|---|---|
| 148 | RoomMood Posters |
| 149 | Bygone Beauties |
| 150 | Shook Art Studio |
| 151 | xiaomingDecorate |
| 152 | Lauren |
| 153 | Xiao Yun Art Wall |
| 154 | QHIFRBG |
| 155 | Ou art canvas |
| 156 | Cosenga Decoration |
| 157 | Lucky Gift Art |
| 158 | xiaozeDecorate |
| 159 | YJL art |
| 160 | GUU SHOP |
| 161 | Wumu decoration |
| 162 | TMArt family |
| 163 | Wei ArtFusion |
| 164 | Dou Dou Studio |
| 165 | Van Tu Shogawa Canvas Decorative Painting |
| 166 | Douwa Studio |
| 167 | OV ART |
| 168 | IronWhisper Gallery A |
| 169 | HEART PAINTING ART |
| 170 | linyonhui |
| 171 | yujain ni art |
| 172 | linhaibogeren |
| 173 | pretty pictures three |
| 174 | city of Mural paintings |
| 175 | black panther shop |
| 176 | Elysium Gallery |
| 177 | Pavilion painting |
| 178 | J Crafts |
| 179 | YY Artwork |
| 180 | H ART |
| 181 | Gnomes love |
| 182 | lzmumu |
| 183 | LXS Art Decoration |
| 184 | Art connects paintings |
| 185 | The Seven Color Impression Studio |
| 186 | Time Canvas Decorative Painting |
| 187 | The Rust Horizon |
| 188 | Center Heaven |

| | |
|---|---|
| 189 | Land Monk |
| 190 | CozyCanvasCorners |
| 191 | Joyful Poster |
| 192 | TomiA |
| 193 | Home art wall paintings |
| 194 | Edge Art |
| 195 | LeLe ART |
| 196 | Listen Streamer Painting |
| 197 | Dream Canvas Direct Sales |
| 198 | Sincere Decorative painting |
| 199 | G High decorative painting |
| 200 | Big Ajins iron sign |