# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| YEE SAN LOH, | |
| Plaintiff, | Case No.: 1:26-cv-01020 |
| v. | Judge Manish S. Shah |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge M. David Weisman |
| Defendants. | |

## PLAINTIFF'S MOTION TO WITHDRAW MOTION [19]

Plaintiff hereby moves this Honorable Court to withdraw Plaintiff's Motion [19] for entry of Default and Default Judgment ("Default Motion [19]").

On March 5, 2026, Plaintiff filed Plaintiff's Default Motion [19]. Plaintiff would like additional time to explore settlement with additional Defendants. Therefore, Plaintiff respectfully requests that Plaintiff's Default Motion [19] be withdrawn at this time.

DATED: March 10, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

      I hereby certify that on March 10, 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to any e-mail addresses provided for Defendants by third parties that includes a link to said website.

                                    /s/ *Keith A. Vogt*
                                    Keith A. Vogt, Esq.