**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

YEE SAN LOH,

     Plaintiff,                              Case No.: 1:26-cv-01020

v.                                     Judge Manish S. Shah

THE PARTNERSHIPS AND UNINCORPORATED     Magistrate Judge M. David Weisman
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Tuesday, April 28, 2026, at 9:45 a.m., Plaintiff, by

Plaintiff's counsel, shall appear in person before the Honorable Judge Manish S. Shah of the U.S.

District Court for the Northern District of Illinois and present Plaintiff's Motion for Leave to Serve

Requests for Admissions and Interrogatories prior to a Fed R. Civ. P. 26(f) Conference.

DATED:  April 21, 2026              Respectfully submitted,

                                     */s/ Keith A. Vogt*
                                     Keith A. Vogt
                                     FL Bar No. 1036084 / IL Bar No. 6207971
                                     Keith A. Vogt PLLC
                                     1820 NE 163rd Street, Suite #306
                                     North Miami Beach, Florida 33162
                                     Telephone: 312-971-6752
                                     Email: keith@vogtip.com

                                     ***ATTORNEY FOR PLAINTIFF***

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on April 21, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt